452 A.2d 1102

Commonwealth v. Maxwell, Appellant.

Submitted June 7, 1982. Robert F. Pappano, Assistant Public Defender, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.

452 A.2d 1102

Commonwealth v. Mobley, Appellant.
Petition for Allowance of Appeal Denied March 17, 1983.

Submitted February 16, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The judgment of sentence dated March 26, 1980, is affirmed.